UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24384-CIV-ALTONAGA/Goodman

**MANUEL PEREZ**,

      Plaintiff,
v.

**INTEGRITY INSURANCE SERVICES, INC.**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On December 12, 2019, the Court entered an Order [ECF No. 13] requiring Plaintiff, Manuel Perez, to file a motion for entry of clerk's default against Defendant, Integrity Insurance Services, Inc., by December 19, 2019. (*See id.*). The Court instructed Plaintiff to submit the motion within the specified time, failing which the case would be dismissed "without prejudice and without further notice." (*Id.*). Plaintiff has not complied, nor has he sought an extension of time within which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record